**BOCHNER**
PLLC

Avery Horovitz, Esq.
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

o 646.971.0685 e avery@bochner.law w bochner.law

**MEMO ENDORSED**

July 18, 2024

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York, 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/24

**Re:** ***753 East 226 LLC et al v. The New York City Department of Housing Preservation & Development et al**; Case No. 24-cv-4197*
Letter Motion Requesting Revision to Extension of Briefing Schedule and Adjournment of Order to Show Cause re Plaintiffs' Motion for Preliminary Injunction

Dear Judge Caproni:

This firm is counsel to Plaintiffs 753 East 226 LLC, 148 W 142, LLC, and 820 East 10th St. LLC (collectively, "Plaintiffs") in the above-referenced matter. Pursuant to Rule 2(C) of Your Honor's Individual Practices, we write with the consent of Defendants The New York City Department of Housing Preservation and Development and Adolfo Carrion Jr. (collectively "Defendants" and, together with Plaintiffs, the "Parties") to respectfully request that the Court revise the briefing schedule related to Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause for Preliminary Injunction, which was so ordered by the Court on July 18, 2024 [ECF 19]. Due to a clerical error, the previous Letter Motion requesting such an extension [ECF 18] erroneously requested that the deadline for Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction be extended to August 21, 2024, which did not reflect the proposed deadline agreed upon by the Parties.

Thus, we respectfully request that the Court revise the briefing schedule as follows:

| Event/Deadline | Current Date | Proposed Date |
|---|---|---|
| *Defendants' Opposition to Motion for Preliminary Injunction* | August 21, 2024 | August 22, 2024 |
| *Plaintiffs' Reply in Support of Motion for Preliminary Injunction* | September 19, 2024 | September 19, 2024 |
| *Order to Show Cause Hearing re Motion for Preliminary Injunction* | October 1, 2024 | October 1, 2024 |



Avery Horovitz, Esq.
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 e avery@bochner.law w bochner.law

This is the second extension request that the Parties have made in relation to these deadlines and events. We thank the Court for its time and consideration in this matter.

/s/ Avery Horovitz
Avery Horovitz, Esq.
*Attorney for Plaintiffs*

Application GRANTED.  Defendants' opposition must be filed by no later than August 22, 2024.

SO ORDERED.                7/14/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE