USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

753 EAST 226 LLC, 148 W 142, LLC, and 820 EAST 10TH ST. LLC,

                           Plaintiffs,

-against-

THE NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, ADOLFO CARRIÓN JR. *in his official capacity as Commissioner of the New York City Department of Housing Preservation and Development*, MAKE THE ROAD NY, & WEST HARLEM ENVIRONMENTAL ACTION, INC.,

                           Defendants.

------------------------------------------------------------- X

24-CV-4197 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 16, 2024, Plaintiffs moved for a preliminary injunction, *see* Pl. Mot., Dkt. 15; and

WHEREAS on November 8, 2024, Plaintiffs filed an amended motion for preliminary injunction, *see* Dkt. 68.

IT IS HEREBY ORDERED that Plaintiffs' prior motion for a preliminary injunction is dismissed as moot. The Clerk of Court is respectfully directed to terminate the open motion at docket entry 15.

**SO ORDERED.**

Date: **November 12, 2024**
      **New York, New York**

                                                         VALERIE CAPRONI
                                                         **United States District Judge**